UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 11 CIV. 2950

Timothy Askew
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

COMPLAINT

-against-

(1) One Sergent And (2) Two
Officers of the N.Y.P.D. And
THE N.Y.P.D.
_____

Jury Trial: ☒ Yes   ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED
APR 25 2011
PRO SE OFFICE

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name            Timothy Askew
             Street Address  42 Christopher Ave Apt# 3B
             County, City    Brooklyn
             State & Zip Code N.Y. 11212
             Telephone Number (718) 593-2931

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  Unkown
                  Street Address _____

*Rev. 05/2010*

County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 2   Name **UNKNOWN** _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 3   Name **UNKNOWN** _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 4   Name **NEW YORK CITY POLICE DEPT.**
Street Address **1 POLICE PLAZA**
County, City **MANHATTAN**
State & Zip Code **N.Y.**
Telephone Number _____

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

   ☒ Federal Questions         ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **Illegal Search**
_____
_____

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

   Plaintiff(s) state(s) of citizenship _____
   Defendant(s) state(s) of citizenship _____
   _____

## III. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? ON PITKIN AND ROCKAWAY AVE. Brooklyn, N.Y.

B. What date and approximate time did the events giving rise to your claim(s) occur? ON 3/14/2011, At Approximatly 12:45 A.M.

C. Facts: ON The Above time AND date, I WAS inside CHASE bank, using the Automatic teller Machine. upon exiting the bank, I was stoped by (3) Three officers of the N.Y.P.D. And searched for no good reason.
A SergeNT AND (2) Two other Officers Riding in A black, unmarked Van. Lic. # EAW-5898 stoped Me And Asked Me WAS that My bank CArd, ANd did it have My Name on it. I responded yes And handed over my bank Card And I.D. After looking At My bank Card And I.D. the Sergen't than started to search me. I complained And Asked him for his Name And base number. He than thru My bank Card And I.D. on the ground And All (3) Three officers got back into the unmarked VAN. ANd drove off. I WAS Able to get the Plate Number of the VAN.

*What happened to you?*

*Who did what?*

*Was anyone else involved?*

*Who else saw what happened?*

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Rev. 05/2010

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I would like A Jury trial on this Matter. This is Not the first time I have been Searched illegally by the N.Y.P.D. Nor do I Suppose it would be the last. I AM seeking Monetary compensation in the Amount of one Hunderd And tweenty Million dollars. for punitive And emotional damages. For the violation of my Constitutional And civil rights, Against illegal Search.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **18** day of **April**, 20**11**.     Timothy Askew

                              Signature of Plaintiff     Timothy Askew
                              Mailing Address            2094 Fulton St.
                                                         Brooklyn, N.Y. 11233

                              Telephone Number _____
                              Fax Number *(if you have one)* _____

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

                              Signature of Plaintiff: _____
                              Inmate Number          _____

Rev. 05/2010