UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
TIMOTHY ASKEW,                                                      :
                                                                    :
                Plaintiff,                                 :         <u>ORDER</u>
                                                                    :         11-CV-2412 (ENV)
   -against-                                                       :
                                                                    :
SGT. THOMAS GALIARDI #996, P.O. JOSHUA                              :
JONES #2764, and P.O. JOHN DOE,                                     :
                                                                    :
                Defendants.                                :
------------------------------------------------------------------- x
GOLD, STEVEN M., U.S.M.J.:

        Plaintiff, proceeding *pro se*, brings a civil rights action pursuant to 42 U.S.C. § 1983 alleging that police officers unlawfully stopped and searched him. Plaintiff has now been provided with the information required by United States District Judge Eric N. Vitaliano in his Order of June 14, 2011. *See* Docket Entry 10. In that Order, Judge Vitaliano provided that plaintiff could file an amended complaint naming the City of New York as a defendant. If plaintiff wishes to sue the City, he shall file an amended complaint by **September 8, 2011**. The amended complaint shall conform to the directives in Judge Vitaliano's Order, the text of which is reproduced here for plaintiff's convenience: "[A]ny complaint against the City of New York must comply with *Monell v. Dep't of Social Servs.*, 436 U.S. 658, 691, 98 S. Ct. 2018, 2036 (1978). Failure to do so will result in dismissal of the putative claim against the City." If plaintiff files an amended complaint, it shall include the full names of any individual he seeks to sue as identified by Corporation Counsel. If plaintiff opts not to file an amended complaint by September 8th, his complaint will nonetheless be amended as indicated in the above caption to name the individual defendants identified by Corporation Counsel. In any event, summonses shall be issued and the Court shall direct service on the defendants by the United States Marshals

Service after September 8th. No later than September 8th, plaintiff shall also submit a letter to the court identifying his correct address, in light of the fact that the address listed on the docket sheet is different than the address listed in plaintiff's complaint, Docket Entry 2.

SO ORDERED.

/s/
Steven M. Gold
United States Magistrate Judge

Brooklyn, New York
August 11, 2011

A copy of this Order will be mailed on this day to plaintiff at both Brooklyn addresses.

*U:\eoc 2011\askew 081111.docx*