UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------X
Timothy ASKEW,
     Plaintiff,
-Against-
SGT. Thomas Galiardi #996, P.O.
Joshua Jones #2764, P.O. John
DOE, And the City of NEW YORK.
     Defendants,
-----------------------------------X

**ORIGINAL**

AMENDED COMPLAINT
11-CV-2412 (ENV)

Jury Trail Demanded


RECEIVED SEP - 6 2011 PRO SE OFFICE

## I. PARTIES

Plaintiff Timothy Askew resides at 42 Christopher Ave. Brooklyn, N.Y. 11212. Plaintiff's Mailing Address is, 2094 Fulton St. Brooklyn, N.Y. 11233.
Defendants SGT. Thomas Galiardi #996, P.O. Joshua Jones #2764, P.O. John Doe, And The City of NEW YORK.

## II.
The Jurisdiction of The court is invoked pursuant to (28 U.S.C.) Illegal Search.

## III. STATEMENT OF CLAIM.
On 3/14/11 at approximatly 12:45 A.M. I was inside chase bank, using the Automatic teller machine. On Pitkin and Rockaway Ave. Upon exiting the bank, I was stoped by (3) Three officers of the N.Y.P.D. And searched, for no good reason.
A sergent and (2) two other officers riding in a black unmarked van. Lic.# EAW-5898 stoped me and asked me, was that my bank card, and did it have my name on it. I responded yes and handed over my bank card and I.D. The Sergent than started to search me. I complained and asked him for his name and badge number. The SGT. Than thru my bank card and I.D. on the ground and all (3) Three officers got back into the unmarked van and drove off. I was able to get the plate number of the van.

II

IV. The federal Court Jurisdiction, is revolving around federal Questions. Illegal Search

V. The remedy that plaintiff seeks, is money damages in the Amount of $150.000.000. million dollars, injunctive And declaratory relief.

I declare under penalty of purjury that the foregoin is True And correct.

_____
DATE

Timothy Askew
PLAINTIFF

Mailing Address Timothty Askew
2094 Fulton St.
Brooklyn, N.Y. 11233

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------X

Timothy ASKEW

                Plaintiff,

-against-

SGT. THOMAS GALIARDI, #996,
P.O. JOSHUA JONES #2764, JOHN
DOE, THE CITY OF NEW YORK
                Defendant.

------------------------------------X

**ORIGINAL**

Affirmation of Service

11 CV 2412 (ENV)

I, Timothy ASKEW, declare under penalty of perjury that I have served a copy of the attached **a Copy of Amended Complaint** upon **Karl Adam Bloom** whose address is: **NYC LAW DEPARTMENT 100 Church St. NEW YORK, NEW YORK**

Dated: 9/6/11
, New York

Timothy Askew
Signature

42 Christopher Ave.
Address

Brooklyn, N.Y. 11212
City, State, Zip Code



RECEIVED
SEP - 6 2011
PRO SE OFFICE